AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    19-CR-197 D |
| | ) | |
| | ) | |
| | ) | |
| KHALID AHMED SATARY | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Khalid Ahmed Satary                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:
Pre-Trial Release Violation

Date:    Nov 23 2022

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

| Return |
|---|
| This warrant was received on *(date)* 7/20/2026, and the person was arrested on *(date)* 7/21/2026 at *(city and state)* Dulles, Virginia. |
| Date: 7/21/2026 |

Arresting officer's signature

Joseph Mann Special Agent
Printed name and title

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KHALID AHMED SATARY | )   Case No.   19-CR-197 D |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

**SEALED**

**SEALED**

RECEIVED
US MARSHAL
2022 DEC ... 2: 44
DISTRICT OF LOUISIANA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KHALID AHMED SATARY                             .

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit health care fraud and wire fraud (18 U.S.C. § 1349)
Conspiracy to commit money laundering (18 U.S.C. § 1956(h))
Health care fraud (18 U.S.C. § 1347)
Conspiracy to defraud the United States and to pay and receive illegal health care kickbacks (18 U.S.C. § 371)

Date:      12/14/2022                                         _Wendy B Vitter_
                                                          *Issuing officer's signature*

City and state:      New Orleans, Louisiana              U.S. District Judge Wendy Vitter
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/14/22 , and the person was arrested on *(date)*  07/21/26 at *(city and state)*  Alexandria, VA . |
| Date:  07/21/26                                    _J. Roche (DUSM)_ |
|                                                    *Arresting officer's signature* |
|                                                    J. Roche (DUSM) |
|                                                    *Printed name and title* |